# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANSSEN PRODUCTS, L.P., and PHARMA MAR, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> EVENUS PHAMACEUTICALS LABORATORIES INC. and JIANGSU HENGRUI PHARMACEUTICALS CO. LTD., <br><br> Defendants. | Civil Action No. 22-2499 (RMB) (RLS) <br><br><br> **ORDER** |

     **THIS MATTER** having come before the Court upon the parties' letters regarding discovery disputes and status dated October 25, 2023 (Dkt. No. 305) and October 30, 2023 (Dkt. Nos. 309-10); and the Court having conducted a hearing on the parties' discovery disputes on November 1, 2023, during which the Court and the parties also discussed the status of this matter; and for the reasons discussed during the November 1, 2023 hearing and for good cause shown,

     **IT IS** on this **1st** day of **November 2023** hereby

     **ORDERED** that party and non-party depositions in this matter shall be limited to no more than one hundred (100) hours, but that depositions that require translators shall count for only fifty (50) percent of their time on the record; and it is further

     **ORDERED** that, **by no later than November 6, 2023**, Defendants shall advise the undersigned as to their position in regards to Plaintiffs' request to proceed with depositions in the Republic of Singapore; and it is further

**ORDERED** that, **by no later than November 13, 2023**, Defendants shall serve on Plaintiff the last known contact information for the former employee discussed during the November 1, 2023 hearing and shall also advise Plaintiff as to a proposed timeline for supplementation of Defendants' interrogatory responses and whether Defendant's counsel has secured the relevant former employee's cooperation for any deposition in this matter; and it is further

**ORDERED** that, **by no later than November 13, 2023**, Defendants shall provide Plaintiffs a forecast of outstanding documents that Defendants anticipate being produced, as discussed during the November 1, 2023 hearing; and it is further

**ORDERED** that, **by no later than November 13, 2023**, the parties shall file (a) a joint proposed amended scheduling order and (b) any competing proposed orders that address the parties' disputes raised in the letters dated October 25, 2023 (Dkt. No. 305) and October 30, 2023 (Dkt. Nos. 309-310); and it is further

**ORDERED** that, **by no later than December 1, 2023**, Defendants shall notify the undersigned as to the status of any forensic evaluation of the metadata issue discussed during the November 1, 2023 hearing; and it is further

**ORDERED** that an in-person status conference will be conducted before the undersigned on **December 15, 2023 at 10:00 a.m.** at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey.  **By no later than December 8, 2023**, the parties shall file a joint letter outlining the status of discovery and any disputes that are ripe for the Court's consideration; and it is further

**ORDERED** that the deadline for the parties to substantially complete document production is hereby extended to **January 8, 2024. This deadline will not be extended absent a showing of good cause, supported by declaration or certification regarding the status of discovery and the basis for the need of further extension**; and it is further

**ORDERED** that the deadline for the raising of discovery disputes in paragraph 3 of the Court's March 24, 2023 Pretrial Scheduling Order (Dkt. No. 202) is hereby extended and the Court will set a new deadline at a later date; and it is further

**ORDERED** that the Clerk of Court is hereby directed to **TERMINATE** the Motions pending at Docket Entries Numbered 266, 267, 300, 305, and 309.

**SO ORDERED**.

*/s/ Rukhsanah L. Singh*
**RUKHSANAH L. SINGH**
**UNITED STATES MAGISTRATE JUDGE**