**SAUL EWING**
LLP

Alexander L. Callo
Phone: (973) 286-6720
Fax: (973) 286-6800
alexander.callo@saul.com
www.saul.com

**VIA ECF**

November 7, 2023

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: *Janssen Products, L.P., et al. v. eVenus Pharms. Labs. Inc., et al.*
<u>Civil Action No. 22-2499 (RMB) (RLS)</u>

Dear Judge Singh:

This firm, together with Kramer Levin Naftalis & Frankel LLP and Patterson Belknap Webb & Tyler LLP, represents Plaintiffs Janssen Products, L.P. and Pharma Mar, S.A. (together, "Plaintiffs") in the above-captioned matter. We write on behalf of all parties regarding the motion to seal and redactions to the October 25, 2023 Joint Discovery Dispute Letter (ECF No. 305), currently due tomorrow pursuant to Local Civil Rule 5.3(c).

To avoid burdening the Court and parties with multiple joint motions to seal the October 25, 2023 Joint Discovery Dispute Letter, the October 30, 2023 Joint Discovery Dispute Letter (ECF Nos. 309-310), and forthcoming transcript of the November 1, 2023 hearing before Your Honor, the parties have agreed—subject to the Court's approval—to file one omnibus motion to seal this related material, together with the redacted versions of all submissions subject to the sealing motion, within 21 days following ECF notice of availability of the November 1 hearing transcript. The parties respectfully submit that the submission of one omnibus motion to seal this material is the most efficient means of addressing the interrelated sealing issues, and will avoid excessive and duplicative sealing motion practice. If this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

*/s/ Alexander L. Callo*

Alexander L. Callo

cc: All Counsel (via email)

One Riverfront Plaza, Suite 1520 ♦ Newark, NJ 07102-5426 ♦ Phone: (973) 286-6700 ♦ Fax: (973) 286-6800

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

Hon. Rukhsanah L. Singh, U.S.M.J.
November 7, 2023
Page 2

SO ORDERED.   November 8, 2023

_____
Hon. Rukhsanah L. Singh, U.S.M.J.