

Arnold B. Calmann
(973) 645-4828
abc@saiber.com

November 10, 2023

**BY ECF**
The Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building
& U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

  Re: *Janssen Products, L.P., et al. v. eVenus Pharmaceuticals Laboratories Inc., et al.*
    **Civil Action No. 1:22-02499-RMB-RLS**

Dear Judge Singh:

  We, along with our co-counsel, Crowell & Moring LLP, represent defendants eVenus Pharmaceutical Laboratories Inc. ("eVenus") and Jiangsu Hengrui Pharmaceuticals Co. Ltd. ("Hengrui") (collectively, "Defendants") in the above matter. We submit this joint letter on behalf of the parties to (i) provide a proposed amended scheduling order and (ii) seek an extension until November 20, 2023 to submit "any competing proposed orders that address the parties' disputes raised in the [discovery dispute] letters" pursuant to this Court's Order of November 1, 2023 (ECF No. 313).

  The parties met and conferred and have agreed upon the following amended schedule (the last column "Parties' Proposal"), subject to Your Honor's approval:

| Event | Pretrial Scheduling Order (3/24) (ECF No. 202) | Amended Pretrial Scheduling Order (9/27) (ECF No. 273) | Parties' Proposal |
|---|---|---|---|
| Parties to substantially complete document production | September 29, 2023 | November 8, 2023 | January 8, 2024 |
| Motions to amend the pleadings or join new parties | October 6, 2023 | November 8, 2023 | January 15, 2024 |
| No disputes regarding fact discovery may be presented to the Court, | November 3, 2023 | | February 12, 2024 |

Saiber LLC • 18 Columbia Turnpike, Suite 200 • Florham Park, New Jersey • 07932-2266 • Tel 973.622.3333 • Fax 973.622.3349 • www.saiber.com
Florham Park • Newark • New York • Philadelphia

NYACTIVE-23070343.1

Hon. Rukhsanah L. Singh, U.S.M.J.
November 10, 2023
Page 2

| Event | Pretrial Scheduling Order (3/24) (ECF No. 202) | Amended Pretrial Scheduling Order (9/27) (ECF No. 273) | Parties' Proposal |
|---|---|---|---|
| absent a showing of substantial good cause | | | |
| Completion of fact discovery | November 30, 2023 | | March 11, 2024 |
| Opening expert reports (as to those issues for which the party bears the burden) | January 5, 2024 | | April 15, 2024 |
| Responsive expert reports | February 5, 2024 | | May 15, 2024 |
| Reply expert reports | March 6, 2024 | | June 17, 2024 |
| Completion of expert discovery | April 5, 2024 | | July 17, 2024 |
| Dispositive motions | TBD | | TBD |

    If the proposed amended schedule meets with the Court's approval, we respectfully request that Your Honor execute the enclosed proposed order and have it entered on the docket by the Clerk of the Court.

    Additionally, the parties respectfully request an extension until November 20 to submit competing proposed orders that address the parties' disputes raised in the discovery dispute letters (ECF Nos. 305, 309-10). The parties need additional time to review the transcript, prepare proposed orders, and meet and confer, if necessary. If this requested extension is acceptable to the Court, we respectfully request that Your Honor execute the provision below and have this letter entered on the docket by the Clerk of the Court.

    We thank the Court for its consideration and continued assistance in this matter.

Respectfully submitted,

*/s/ Arnold B. Calmann*

Arnold B. Calmann

Hon. Rukhsanah L. Singh, U.S.M.J.
November 10, 2023
Page 3

Enclosure
cc: All Counsel (by CM/ECF)

     **It is ORDERED** that, **by no later than November 20, 2023**, the parties shall file any competing proposed orders that address the parties' disputes raised in the letters dated October 25, 2023 (Dkt. No. 305) and October 30, 2023 (Dkt. Nos. 309-310).

SO ORDERED November 13, 2023.

_____
**RUKHSANAH L SINGH**
**UNITED STATES MAGISTRATE JUDGE**