# SAUL EWING

Alexander L. Callo
Phone: (973) 286-6720
Fax: (973) 286-6800
alexander.callo@saul.com
www.saul.com

**VIA ECF**                                                            December 19, 2023

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> Re:  ***Janssen Products, L.P., et al. v. eVenus Pharms. Labs. Inc., et al.***
>       **Civil Action No. 22-2499 (RMB) (RLS)**

Dear Judge Singh:

This firm, together with Kramer Levin Naftalis & Frankel LLP and Patterson Belknap Webb & Tyler LLP, represents Plaintiffs Janssen Products, L.P. and Pharma Mar, S.A. (together, "Plaintiffs") in the above-captioned matter. We write on behalf of all parties regarding the motions to seal and redactions to (1) Defendants' December 6, 2023 Letter to Your Honor (ECF No. 355), due tomorrow pursuant to L. Civ. R. 5.3(c), and (2) the parties' joint December 12, 2023 Letter to Your Honor (ECF No. 363), due on December 26 pursuant to L. Civ. R. 5.3(c).

To avoid burdening the Court and parties with multiple joint motions to seal these letters and forthcoming transcript of the December 15, 2023 hearing before Your Honor, the parties have agreed—subject to the Court's approval—to file one omnibus motion to seal this related material, together with the redacted versions of all submissions subject to the sealing motion, within 21 days following ECF notice of availability of the December 15 hearing transcript. The parties respectfully submit that filing one omnibus motion to seal this material is the most efficient means of addressing the interrelated sealing issues, and will avoid excessive and duplicative sealing motion practice. If this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

*/s/ Alexander L. Callo*

Alexander L. Callo

cc: All counsel (via email)

Hon. Rukhsanah L. Singh, U.S.M.J.
December 19, 2023
Page 2

SO ORDERED. December 20, 2023.

_____
Hon. Rukhsanah L. Singh, U.S.M.J.